**David G. Hosenpud**, OSB No. 832414
hosenpudd@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CATHERINE M. GIGON,** | No. 3:11-cv-1402-PK |
| Plaintiff, | |
| v. | STIPULATED JUDGMENT OF DISMISSAL |
| **LHC GROUP, INC.**, a Foreign Business corporation, | |
| Defendant. | |

PAGE 1 - STIPULATED JUDGMENT OF DISMISSAL

It is hereby stipulated between plaintiff Catherine M. Gigon and defendant LHC Group, Inc. that this case be and is hereby dismissed with prejudice and without costs or fees to any party.

LANE POWELL PC

By _____
David G. Hosenpud, OSB No. 832414
Telephone: 503.778.2100
Attorneys for Defendant LHC Group, Inc.

Dated: April 19, 2012

LAW OFFICES OF SUE-DEL MCCULLOCH

By _____
Sue-Del McCulloch, OSB No.
Telephone: 503.221.9706
Attorneys for Plaintiff Catherine M. Gigon

Dated: April 17, 2012

It is so ORDERED and ADJUDGED.

_____ 4/20/12
Dated

_____
by: Marco A. Hernandez
U.S. District Judge

PAGE 2 -   STIPULATED JUDGMENT OF DISMISSAL